1  John Tehranian (Bar No. 211616)
   Email: jtehranian@onellp.com
2  Jenny S. Kim (Bar No. 282562)
   Email: jkim@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  East Tower, Suite 500
   Newport Beach, CA 92660
5  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081
6

7  Attorneys for Defendant,
   X17, INC.
8

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12                  **WESTERN DIVISION**

13

14  COMPLEX MEDIA, INC., a Delaware       Case No. 2:18-cv-07588-SJO-AGR
    corporation,                          Hon. S. James Otero
15
                  Plaintiff,              **STIPULATION TO EXTEND**
16                                         **TIME TO RESPOND TO FIRST**
          v.                               **AMENDED COMPLAINT AND**
17                                         **TO FILE FEE APPLICATION**
    X17, INC., a California corporation,
18
19                Defendant.
20
21
22
23
24
25
26
27
28

_____
**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND TO FILE FEE APPLICATION**

WHEREAS Plaintiff Complex Media, Inc. ("Plaintiff") instituted the above-captioned action against Defendant X17, Inc. ("Defendant");

WHEREAS Defendant was served with the First Amended Complaint on November 14, 2018;

WHEREAS Defendant filed a special Motion to Strike Plaintiff's third cause of action in Plaintiff's First Amendment Complaint under California's anti-SLAPP statute on November 27, 2018;

WHEREAS the Court, in its Order of March 4, 2019, granted Defendant's special Motion to Strike Plaintiff's third cause of action under California's anti-SLAPP statute and granted Defendant 14 days within which to file its accounting of fees under California Code Civ. Proc. § 425.16(c)(1) (Dkt. No. 30);

WHEREAS Defendant's deadline to respond to the First Amended Complaint (including but not limited to bringing counterclaims related thereto) is therefore on March 18, 2019;

WHEREAS Defendant's deadline for its fees application on its anti-SLAPP motion is therefore March 18, 2019;

WHEREAS the parties have entered into settlement discussions aimed at entirely resolving Plaintiff's claims against Defendant and Defendant's potential counterclaims against Plaintiff;

WHEREAS the parties believe it would assist their settlement discussions to attempt to defray the additional expenses and work associated with preparing the accounting of fees under California Code Civ. Proc. § 425.16(c)(1) and responding to the First Amended Complaint (including but not limited to bringing counterclaims related thereto).

It is hereby stipulated by and between the parties through their respective counsel as follows:

Defendant be granted a 28-day extension on its deadline in which to respond to the First Amended Complaint (including but not limited to bringing

1

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO FILE FEE APPLICATION**

1    counterclaims related thereto) and to file its accounting of fees under California

2    Code Civ. Proc. § 425.16(c)(1), such that its response to the First Amended

3    Complaint (including but not limited to counterclaims related thereto) and its

4    accounting of fees under California Code Civ. Proc. § 425.16(c)(1) will be due on

5    April 15, 2019.

6

7    Dated:  March 12, 2019              **ONE LLP**

8

9                                        By: /s/ John Tehranian

10                                            John Tehranian
                                             Jenny S. Kim
11                                           Attorneys for Defendant,
                                             X17, Inc.

12

13   Dated:  March 12, 2019              **FRANKFURT KURNIT KLEIN & SELZ, P.C.**

14

15                                       By: /s/ Jeremy S. Goldman

16                                           Jeremy S. Goldman
                                             Mark R. Swiech
17                                           Attorneys for Plaintiff Complex Media,
                                             Inc.

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND TO FILE FEE APPLICATION**

1

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, John Tehranian, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/John Tehranian
    John Tehranian

3

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO FILE FEE APPLICATION**