JEREMY S. GOLDMAN (SBN 306943)
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650
E-Mail: jgoldman@fkks.com

Attorneys for Plaintiff COMPLEX MEDIA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| COMPLEX MEDIA, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>X17, INC., a California corporation,<br><br>    Defendant.<br>_____ | Case No. 2:18-cv-07588-SJO-AGR<br><br>[HON. S. JAMES OTERO]<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. 41(a)(1)(A)(i)** |

///

///

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Complex Media, Inc., by and through its counsel, hereby dismisses the above-captioned action with prejudice.  The parties shall bear their own costs, attorneys' fees, and expenses.

Dated:  June 12, 2019

        FRANKFURT KURNIT KLEIN & SELZ P.C.

        BY:  */s/ Jeremy S. Goldman*
            Jeremy S. Goldman (SBN 306943)
            2029 Century Park East, Suite 1060
            Los Angeles, CA 90067
            Tel:  (310) 5799-9600
            Facsimile:  (310) 579-9650
            E-mail:  jgoldman@fkks.com

Attorneys for Plaintiff Complex Media, Inc.